**Howard Clifford MOORE, Appellant,**

v.

**Clarence T. GLADDEN, Warden, Appellee.**

No. 22410.

United States Court of Appeals
Ninth Circuit.

May 2, 1968.

Howard C. Moore, in pro. per.

Robert Y. Thornton, Atty. Gen., David Blunt, Asst. Atty. Gen., Salem, Or., for appellee.

ORDER ON MOTION

Before ELY and CARTER, Circuit Judges.

PER CURIAM.

Upon consideration of the suggestion of the Clerk of appellant's default in prosecuting appeal from D.C., 275 F.Supp. 703, and good cause appearing, it is ordered that the appeal be, and it hereby is, dismissed.

A judgment of dismissal shall be filed and entered accordingly.

Hamilton, Louisville, Ky., on brief, for appellant.

Albert F. Reutlinger, Louisville, Ky., Middleton, Seelbach, Wolford, Willis & Cochran, Louisville, Ky., on brief; W. H. Buchanan, Middleton, Seelbach, Wolford, Willis & Cochran, Louisville, Ky., of counsel, for appellee.

John G. Hicks, Louisville, Ky., for purchasers appellees.

Before EDWARDS and PECK, Circuit Judges, and McALLISTER, Senior Circuit Judge.

ORDER

The above cause coming on to be heard on the briefs of the parties, the transcript of the record, and the argument of counsel in open court, and the court being duly advised; now, therefore, it is hereby ordered, adjudged and decreed that the judgment of the District Court be and is hereby affirmed for the reasons set forth in the memorandum opinion of Judge James F. Gordon, 293 F.Supp. 762.

**FORTNER ENTERPRISES, INC.,
Plaintiff-Appellant,**

v.

**UNITED STATES STEEL CORPORA-
TION, and U. S. Steel Homes Credit
Corporation, Defendants-Appellees.**

No. 17546.

United States Court of Appeals
Sixth Circuit.

April 26, 1968.

Certiorari Granted Oct. 14, 1968.

See 89 S.Ct. 126.

Kenneth L. Anderson, Louisville, Ky., Woodward, Hobson & Fulton, A. Scott Hamilton, Jr., Hamilton, Hopson &